| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cebull, Richard F | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/7/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5. Report Type (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (16.67%) | CSA - Rental real estate, non-participating |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/31/00 | BCA Partnership, effective 12/31/98. Retired from partnership 12/31/98. Agreement for purchase of interest signed 8/31/00 |

RECEIVED MAY 13 11 20 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Cebull, Richard F | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller (if<br>private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.  MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3.  FORSYTH MT PCR | A | Interest | J | T | | | | | |
| 4.  DENVER CO CITY & CNTY ARPT REV SER A | A | Interest | J | T | | | | | |
| 5.  MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS CHARITY | A | Interest | J | T | | | | | |
| 6.  MONTANA ST HLTH FACS AUTH REV MISSION RIDGE | A | Interest | J | T | | | | | |
| 7.  MT ST BRED HSG RV AMT SINGLE FAM MTG B/E SER A 2 | A | Interest | J | T | | | | | |
| 8.  MONTANA STATE HLTH FAC AUTH MT DE CTR PROJ B/E | A | Interest | J | T | | | | | |
| 9.  VALDEZ MARINE TERM REV BP PIPELINES | A | Interest | - | | Redemption | 12/03 | J | | |
| 10.  GUAM INTL ARPT AUTH GU MBIA SER C | | | J | T | Buy | 11/12 | J | | |
| 11.  INTEL CORP CS | A | Dividend | K | T | | | | | |
| 12.  OCEAN ENTERGY INC (TEX) CS | A | Dividend | | | Exchange to | 4/28 | J | | |
| 13.  DEVON ENERGY CORP | A | Dividend | J | T | Exchange | 04/28 | J | | |
| 14.  ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 15.  AIM EQUITY FDS INC- AGGRESSIVE GROWTH MF | | None | J | T | | | | | |
| 16.  ALLIANCE TECH FUND INC MF | | None | | | Sell | 10/03 | J | A | |
| 17.  EATON VANCE TAX MGD GROWTH - C MF | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GROWTH FUND AMER INC. MF | A | Dividend | J | T | | | | | |
| 19. KOPP FDS EMERGING GROWTH FD CL A MF | | None | J | T | | | | | |
| 20. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |
| 21. PUTNAM INTL GROWTH FD CL C MF | | None | | | Exchange to | 05/01 | J | | |
| 22. PUTNAM INTL EQUITY C | | None | | | Sell | 11/04 | J | | |
| 23. GREAT HALL INVT FDS MM | A | Dividend | K | T | | | | | |
| 24. IRA # 1 | A | Dividend | | | Distributed | 11/18 | K | | |
| 25. - GREAT HALL INVT FDS MM | | | | | Sell | 11/13 | J | | |
| 26. - EL PASO NAT GAS CO CS | | | | | Sell | 11/13 | J | | |
| 27. - BURLINGTON RESOUCES INC CS | | | | | Sell | 11/13 | J | A | |
| 28. - WORLDCOM INC NEW WORLD COM GROUP CS | | | | | Sell | 11/13 | J | | |
| 29. - WORLDCOM INC-MCI GROUP CS | | | | | Sell | 11/13 | J | | |
| 30. - FIDELITY ADV STAT OPP-T MF | | | | | Sell | 11/13 | K | C | |
| 31. -FRANKLIN US GOV SEC SERIES A MF | | | | | Sell | 11/13 | J | | |
| 32. IRA # 2 | A | Div & CG | L | T | | | | | |
| 33. - FINANCING CORP CPN FICO STRIPS SER 4 | | | | | | | | | |
| 34. - GREAT HALL INVT FDS MM | | | | | | | | | |
| 35. - AIM EQUITY FDS INC AGGRESSIVE GROWTH FD MF | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36.  - AIM VALUE - A MF | | | | | | | | | |
| 37.  - PUTNAM INTL GROWTH FD MF | | | | | Exchange for | | | | |
| 38.  - PUTNAM INTL EQUITY C | | None | | | Sell | 11/11 | J | | |
| 39.  - FT TOTAL TARGET JAN 02 FIRST TRUST | | | | | Sell | 02/24 | J | | |
| 40.  - FT TOTAL TARGET JUL 02 FIRST TRUST | | | | | Sell | 09/09 | J | A | |
| 41.  - FT TGT VIP CONS 3Q-03 | A | Dividend | J | T | Buy | 09/09 | J | | |
| 42.  -FOCUSED DIVIDEND STRAT PORT II | A | Dividend | J | T | Buy | 02/24 | J | | |
| 43.  BROKERAGE ACCT #2 | | | | | | | | | |
| 44.  MT ST BRD HSG SGL FAM MTG SER 1996 | A | Interest | | | Redemption | 12/01 | J | | |
| 45.  FIDELITY ADVISOR SERIES I EQUITY GROWTH MF | | None | | | Sell | 07/02 | K | | |
| 46.  CEF MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 47.  GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 48.  JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |
| 49.  NIKE CL B CS | A | Dividend | | | Sell | 0702 | J | | |
| 50.  PFIZER INC CS | A | Dividend | J | T | | | | | |
| 51.  GLACIER CAPITAL TR 1 | A | Interest | J | T | | | | | |
| 52.  MERRILL LYNCH PRD CAPITAL TR III | | None | J | T | | | | | |
| 53.  RECEIVABLE - BCA PARTNERSHIP | C | Int, Prin | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>Cebull, Richard F | Date of Report<br><br>5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller (if<br>private<br>transaction) |
| 54. CSA PARTNERSHIP | | None | J | U | | | | | |
| 55. IRA #3 | E | Div, Int, CG | P1 | T | | | | | |
| 56. -BANK ONE CORP CS | | | | | | | | | |
| 57. - WELLS FARGO & CO CS | | | | | | | | | |
| 58. - HOME DEPOT INC CS | | | | | | | | | |
| 59. - WAL-MART STORES INC CS | | | | | | | | | |
| 60. - AMERICAN HIGH INCOME TRUST CL A MF | | | | | | | | | |
| 61. - AMERICAN MUTUAL FUND INC. MF | | | | | | | | | |
| 62. - BOND FUND OF AMERICA INC. MF | | | | | | | | | |
| 63. - EURO PACIFIC GROWTH FUND-SBI MF | | | | | | | | | |
| 64. - FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 65. - GOLDMAN SACHS GROWTH & INCOME FUND-CL A MF | | | | | | | | | |
| 66. - GOLDMAN SACHS INTERNATIONAL EQUITY FUND-CL A MF | | | | | | | | | |
| 67. -GOLDMAN SACHS BALANCED FD CL A MF | | | | | | | | | |
| 68. - GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 69. - INVESTMENT CO OF AMERCA MF | | | | | | | | | |
| 70. - NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 71. - PUTNAM FUND FOR GROWTH & INCOME-CL A MF | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. - PUTNAM GLOBAL EQUITY FUND CL A MF | | | | | | | | | |
| 73. - PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | | | | | |
| 74. - PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A MF | | | | | | | | | |
| 75. - PUTNAM CLASSIC EQUITY MF FUND CL A | | | | | | | | | |
| 76. - PUTNAM INVT FDS RESEARCH FUND MF | | | | | | | | | |
| 77. - PUTNAM DIVERSIFIED INCOME CL A MF | | | | | | | | | |
| 78. - PUTNAM VISTA FUND INC-CL A MF | | | | | | | | | |
| 79. - PUTNAM VOYAGER FUND INC-CL A MF | | | | | | | | | |
| 80. - WASHINGTON MUTUAL INVESTORS FUND INC, MF | | | | | | | | | |
| 81. - FORD MOTOR CREDIT CO BD | | | | | | | | | |
| 82. - COMMONWEALTH EDISON COMPANY BD | | | | | | | | | |
| 83. - FPL GROUP CAP INC DEBENTURE BD | | | | | | | | | |
| 84. - JC PENNEY & CO BD | | | | | | | | | |
| 85. - GENERAL ELECTRIC CAP CORP MED TERN NTS BD | | | | | | | | | |
| 86. - HERTZ CORP SENIOR NOTES BD | | | | | | | | | |
| 87. - ARKANSAS POWER & LIGHT CO 1ST MORTGAGE BD | | | | | Redemption | 08/01 | K | | |
| 88. - FORD MOTOR CREDIT CO GLOBAL LANDMARK BD SECURITIES | | | | | | | | | |
| 89. - VAN KAMPEN AMERICAN CAPITAL TR UT | | | | | Sell | 04/24 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $26,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 5/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90.  - VAN KAMPEN FOCUS PORTFOLIOS 387 TRUST . | | | | | Buy | 04/24 | K | | |
| 91.  -FNMA GTD REMIC PASSTHRU TR 1997-69 | | | | | | | | | |
| 92.  - INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT GOVT | | | | | | | | | |
| 93.  - PASSPORT MONEY MARKET | | | | | | | | | |
| 94.  BROKERAGE ACCT #3 | | | | | | | | | |
| 95.  SMALLCAP WORLD FUND MF | | | | | Sell | 07/16 | J | A | |
| 96.  NEW WORLD FUND INC NEW MF | | | | | Sell | 07/16 | J | | |
| 97.  TSA 501©3 | | None | K | T | | | | | |
| 98.  - KEMPER GENERAL ACCOUNT II | | | | | | | | | |
| 99.  - KEMPER TOTAL RETURN | | | | | | | | | |
| 100.  MAINSTAY GOVERNMENT FUND B | A | Dividend | | | Sell | 06/06 | K | B | |
| 101.  EE TREASURY BOND | | None | J | T | | | | | |
| 102.  HOUSE, ROUNDUP, MT | | None | K | Q | | | | | |
| 103.  FIRST INTERSTATE BANK (Ckg, Sav) | A | Interest | J | T | | | | | |
| 104.  1ST SECURITY BANK (Ckg) | | None | J | T | | | | | |
| 105.  NEW YORK LIFE INS. POL CV. | B | Dividend | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cebull, Richard F | 5/7/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

I. Positions - Estate for witch I was Personal Representative closed 6/3/03.

VII. Investments and Trusts, ln 21, Putnam Intl Growth Fd was exchanged for Putnam Intl Equity, which was then sold.  The same applies to lns 37 and 38.

VII.Investments and Trusts, ln 105, New York Life Insurance policy was inadvertantly omitted from prior reports

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat_____     Date 5/12/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
